# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MANUEL SAUCEDO LOPEZ,

    Petitioner,

vs.

TIMOTHY FILSON, *et al.*,

    Respondents.

2:01-cv-00406-RCJ-NJK

**ORDER**

On March 1, 2018, petitioner filed a motion for leave to file an amended opposition to the respondents' motion to dismiss (ECF No. 139). ECF No. 171. Respondents have filed a response to that motion indicating that they do not oppose it, but ask the court for thirty days from the court's decision on the motion within which to file their reply to the amended opposition. ECF No. 173. Good cause appearing, both motions (ECF Nos. 171/173) are GRANTED.

Respondents shall have **thirty (30) days** from the date of this order within which to file a reply to petitioner's amended opposition (ECF No. 172).

Respondents' motion for an extension of time (ECF No. 174) and petitioner's motion for ruling on motion for leave to file an amended opposition (ECF Nbo. 175) are DENIED as moot.

IT IS SO ORDERED.

DATED: May 21, 2018.

                                                                          UNITED STATES DISTRICT JUDGE