UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MANUEL SAUCEDO LOPEZ,<br><br>                           Petitioner,<br>  v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>                          Respondents. | Case No. 2:01-cv-00406-RCJ-NJK<br><br>ORDER |

This is a capital habeas corpus action. On May 11, 2021, appointed counsel for the petitioner filed a suggestion of death on the record (ECF No. 229), stating that the petitioner died on May 3, 2021. This action is now moot and will be dismissed. *See Garceau v. Woodford*, 399 F.3d 1101 (9th Cir. 2005); *see also Griffey v. Lindsey*, 349 F.3d 1157 (9th Cir. 2003) (dismissing petition for writ of habeas corpus as moot on account of the petitioner's death).

IT IS THEREFORE ORDERED that this action is dismissed, as moot, on account of the petitioner's death. The Clerk of the Court is directed to enter judgment accordingly and close this case.

DATED THIS 17th day of May, 2021.

_____
UNITED STATES DISTRICT JUDGE